CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 18 2010

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL AKOS MORVA, | ) | Civil Action No. 7:09-cv-00439 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WESTERN VA REGIONAL JAIL, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend (No. 11) is **GRANTED**; the complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 18th day of February, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge